IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **VFS LEASING CO.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-00186-CG-N |
| | ) |
| **M.C. WILLIAMS** | ) |
| **CONTRACTING** | ) |
| **COMPANY, INC.;** | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**

This matter came before the court on the Plaintiff, VFS Leasing Co.'s ("VFS Leasing"), Motion for Entry of Default Judgment (Doc. 12). This court has jurisdiction and the authority to enter a final order and judgment.

The Motion for Entry of Default Judgment is GRANTED. The Plaintiff, VFS Leasing, is awarded a judgment against the Defendant, M.C. Williams Contracting Company, Inc. in the combined total amount of $133,168.37, which consists of a principal deficiency balance in the amount of $113,965.23 and accrued interest through April 27, 2012, in the amount of $19,203.14.

Further, the Plaintiff is AWARDED a judgment against the Defendant, M.C. Williams Contracting Company, Inc., for attorneys' fees and costs associated with the collection of said funds in the amount of $2,260.56.

THEREFORE, it is ORDERED that VFS Leasing has a total judgment against the Defendant, M. C. Williams Contracting Company, Inc., in the amount of **$135,428.93**, plus post-judgment interest at the statutory rate and costs of court.

**DONE** and **ORDERED** this 7th day of May, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE